**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                         No. 3:20-cr-00012-JM-01

DEONTE DORNELL LOVE                                                                    DEFENDANT

## ORDER

Pending before the Court is United States' Motion to Dismiss the Indictment as to Defendant Deonte Dornell Love. Good cause having been shown, the motion is GRANTED. (Doc. No. 17) The Indictment is hereby dismissed without prejudice as to the above-named defendant.

IT IS SO ORDERED this 27th day of August, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE